THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KIARA SMITH**  **PETITIONER**
**ADC #107225**

v.   **CASE NO.: 5:08CV00232-JLH-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**   **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's petition for writ of habeas corpus (#2) is DISMISSED WITH PREJUDICE and Petitioner's motions for voluntary dismissal (#6 and #8) and his motion for order (#13) are DENIED as moot.

IT IS SO ORDERED this 17th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE