THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KIARA SMITH**  **PETITIONER**
**ADC #107225**

**v.**          **CASE NO.: 5:08CV00232-JLH-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**          **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 17th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE